# MINUTES

CASE NUMBER: CV09-00226JMS-KSC

CASE NAME: Emerson M.F. Jou, M.D. vs. Gregory M. Adalian

ATTYS FOR PLA: Stephen Shaw

ATTYS FOR DEFT: no appearance

INTERPRETER:

JUDGE: Kevin S. C. Chang          REPORTER: FTR C5

DATE: 8/29/2011                   TIME: 9:46-9:53am

COURT ACTION:  EP:
1. Return Date on Examination of Judgment Debtor
2. Plaintiff Emerson M.F. Jou, M.D.'s Motion for an Order That Defendant Gregory M. Adalian is in Contempt of Court; For Fines and Other Relief and for Attorneys' Fees and Costs [113]

No appearance made by Pro Se Defendant Gregory Adalian.

The Court is inclined to find and recommend that Plaintiff has established by clear and convincing evidence that Defendant is in violation of Judge Seabright's Order and has failed to sustain his burden.  The Court will find and recommend that Judge Seabright order Defendant to pay Plaintiff $22,998.47.

Court to issue Findings and Recommendation.

Submitted by: Shari Afuso, Courtroom Manager